UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>Defendants. | Case No. 4:14-cv-03646-CW<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS SEIKO EPSON CORP. AND EPSON AMERICA, INC. AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel for plaintiffs and for defendants Seiko Epson Corporation and Epson America, Inc. report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-7 and ADR L.R. 3-5:

Plaintiffs and defendants Seiko Epson Corporation and Epson America, Inc. agree to participate in the following ADR Process: Court-sponsored mediation (ADR L.R. 6).

Plaintiffs and defendants Seiko Epson Corporation and Epson America, Inc. agree to hold the ADR session by the presumptive deadline.

Dated: October 29, 2014        */s/ Benjamin R. Askew*

Benjamin R. Askew
THE SIMON LAW FIRM
*Attorneys for Plaintiffs Technology Properties Limited, LLC and MCM Portfolio, LLC*

Dated: October 29, 2014        */s/ Matthew J. Hertko*

Matthew J. Hertko
JONES DAY
*Attorneys for Defendants Seiko Epson Corp. and Epson America, Inc.*

STIPULATION RE ADR AND PROPOSED ORDER
Case No. 4:14-cv-03646-CW

**[PROPOSED] ORDER**

__X__   Plaintiffs' and defendants Seiko Epson Corporation and Epson America, Inc.'s stipulation is adopted and IT IS SO ORDERED.

___   Plaintiffs' and defendants Seiko Epson Corporation and Epson America, Inc.'s stipulation is modified as follows, and IT IS SO ORDERED.

Dated: ___10/31/2014___       _____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE ADR
Case No. 4:14-cv-03646-CW