IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>    Defendants.<br>_____/ | No. C 14-3646 CW<br><br>ORDER FOR STATUS REPORT |

On November 9, 2015, pursuant to a stipulation, the Court ordered that all deadlines between Plaintiffs and Defendants were to be stayed until November 30, 2015. Docket No. 135. That stay has expired.

The Court orders the parties to submit a status report by Friday, December 11, 2015.

IT IS SO ORDERED.

Dated: December 1, 2015

CLAUDIA WILKEN
United States District Judge