IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br>    Plaintiffs,<br><br>  v.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>    Defendants.<br>_____/ | No. C 14-3646 CW<br><br>ORDER |

The Court previously granted a stay for the parties to finalize an agreement. That stay has expired. Within one week of the filing of this order, the parties shall provide the Court with a joint status update.

IT IS SO ORDERED.

Dated: February 23, 2016



CLAUDIA WILKEN
United States District Judge