IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SEIKO EPSON CORPORATION, et al., <br><br> Defendants. | No. C 14-3646 CW <br><br> ORDER |

The parties previously notified the Court that they would submit a joint motion to dismiss after Epson makes payment pursuant to an agreement.  Epson was expected to make payment by March 31, 2016.  Docket No. 147.

Within one week of the filing of this order, the parties shall provide the Court with a joint status update.

IT IS SO ORDERED.

Dated: April 19, 2016

CLAUDIA WILKEN
United States District Judge