IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,

      Plaintiffs,

  v.

SEIKO EPSON CORPORATION, et al.,

      Defendants.
_____/

No. C 14-3646 CW

ORDER

The parties previously notified the Court that they anticipated filing a dismissal by the end of May 2016. Docket No. 152.

Within one week of the filing of this order, the parties shall provide the Court with a joint status update.

IT IS SO ORDERED.

Dated: June 2, 2016

CLAUDIA WILKEN
United States District Judge