IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>    Defendants.<br>_____/ | No. C 14-3646 CW<br><br>ORDER |

The parties previously notified the Court that they anticipated filing a dismissal by the end of June 2016. Docket No. 155.

Within one week of the filing of this order, the parties shall provide the Court with a joint status update.

IT IS SO ORDERED.

Dated: July 5, 2016

                                                 _____
                                                 CLAUDIA WILKEN
                                                 United States District Judge