UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>  Plaintiffs,<br><br>vs.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>  Defendants. | Case Number: C 14-03646-CW<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS SEIKO EPSON CORPORATION AND EPSON AMERICA, INC.<br><br>Hon. Judge Claudia Wilken |

The Court has received the stipulation to dismiss with prejudice Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC's claims against Defendants Seiko Epson Corporation and Epson America, Inc. Good cause appearing, the stipulation is GRANTED. Accordingly, it is hereby ORDERED that all claims for relief asserted by Plaintiffs against Defendants are dismissed with prejudice; each party shall bear its own costs and attorneys' fees incurred in the action.

IT IS SO ORDERED

Dated: 7/7/16

_____
CLAUDIA WILKEN
United States District Judge

*IT IS SO ORDERED — Judge Claudia Wilken*